FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case) (10/05)     Case Number **07–79793–mhm**

## UNITED STATES BANKRUPTCY COURT
Northern District of Georgia

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 11/28/07.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Carol Frazier
Ste 600–134
6300 Powers Ferry Rd.
Atlanta, GA 30339

| | |
|---|---|
| Case Number: 07–79793–mhm<br>Judge: Margaret Murphy<br><br>The entire case number, including judge initials, is required on all papers filed with the court. | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–9767 |
| Attorney for Debtor(s) (name and address):<br><br>Pro Se ( Not Represented ) | Bankruptcy Trustee (name and address):<br>Jordan E. Lubin<br>Building 2<br>8325 Dunwoody Place<br>Atlanta, GA 30350<br>Telephone number: (770) 424–8281 |

### Meeting of Creditors
Date: **January 2, 2008**     Time: **02:30 PM**
Location: **Room 368, Russell Federal Building, 75 Spring Street SW, Atlanta, GA 30303**

   **NOTICE TO DEBTOR(S):** Individuals who file bankruptcy must bring two forms of original documentation to their meeting of creditors: photo identification (driver's license, government ID, state photo ID, student ID, U.S. passport, military ID, or resident alien card) and confirmation of their social security number. **Additionally, you must provide the trustee whose name appears above with a copy of your most recently filed income tax return.This should be provided at least 7 days before the meeting of creditors. DO NOT FILE YOUR TAX RETURN WITH THE COURT. Please bring a copy of this notice with you to the Meeting of Creditors.**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 3/3/08**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Foreign Creditors
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>1340 Russell Federal Building<br>75 Spring Street, SW<br>Atlanta, GA 30303<br>Telephone number: 404–215–1000 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>W. Yvonne Evans |
| Hours Open: Monday – Friday 8:00 AM – 4:00 PM | Date: 11/29/07 |

## EXPLANATIONS

FORM B9A (10/05)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | Neither the Court nor the staff of the bankruptcy clerk's office can give you legal advice. You may want to consult an attorney to protect your rights. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. At the meeting, the creditors may elect a trustee other than the one named above, elect a committee of creditors, examine the debtor, and transact such other business as may properly come before the meeting. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office.   (See below for additional information regarding telephone and internet access to Bankruptcy Court records). |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

−− Refer to Other Side for Important Deadlines and Notices −−

An automated response for further information on this case is available 24 hours daily by calling the Court's Voice Case Information System (VCIS) toll free number at 800−510−8284 or or 404−730−2866 or 404−215−1000 and select the option for VCIS. Please have the case number, social security number or debtor name available when calling.

For case information you may choose to visit the Bankruptcy Court locations to view case information for free. Case information may be printed for 10 cents per page. Members of the bar and the public may access Court records at any time, by obtaining an account with the PACER (Public Access to Court Electronic Records) Service Center (800−676−6856). PACER access is available via the Internet, days, night and weekends. The cost to use PACER is eight (8) cents per page up to a maximum of $2.40 per document. A statement will be generated and mailed for your account, if you have accrued charges during the quarter and have a balance due greater than $10. If your balance is less than $10, no statement will be mailed and payment will be deferred until the balance due is greater than $10. The statement will only include the total amount due.

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113E-9              User: wellfares             Page 1 of 1             Date Rcvd: Nov 29, 2007
Case: 07-79793                    Form ID: b9a                Total Served: 30

The following entities were served by first class mail on Dec 01, 2007.
 db           +Carol Frazier,   Ste 600-134,   6300 Powers Ferry Rd.,   Atlanta, GA 30339-2919
 tr           +Jordan E. Lubin,   Building 2,   8325 Dunwoody Place,   Atlanta, GA 30350-3307
 ust          +Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA 30303-3330
9988060        AT&T,   PO Box 105503,   Atlanta, GA 30348-5503
9988056        Bartow County Tax Commissioner,   135 W Cherokee Ave, Ste 217A,   Cartersville, GA 30120-3181
9988053        Dell Financial Services,   12234 N 1-35 SB,   Austin, TX 78753
9988052       +First Revenue Assuance,   PO Box 5818,   Denver, CO 80217-5818
9988050       +GMAC,   PO Box 105677,   Atlanta, GA 30348-5677
9988049       +GMAC Bank,   PO Box 23061,   Columbus, GA 31902-3061
9988048        Home Depot Credit Services,   PO Box 689100,   Des Moines, IA 50368-9100
9988047       +Ladies Home Journal,   1716 Locust St,   Des Moines, IA 50309-3038
9988045        MAF Collection Services,   134 S Tampa Street,   Tampa, FL 33602-5354
9988044       +Mitsubishi Motors,   P O Box 6038,   Cypress, CA 90630-0038
9988043        Nationwide Credit Inc,   2015 Vaughn Rd NW, Ste 400,   Kennesaw, GA 30144-7802
9988042       +Omni National Bank,   6 Concourse Pkwy, Suite 2300,   Atlanta, GA 30328-6185
9988040        Sears Credit Cards,   PO Box 6924,   The Lakes, NV 88901-6924
9988039       +THD/CBSD,   PO Box 6003,   Hagerstown, MD 21747-6003
9988038       +Townhomes at Grassdale HOA,   PO box 3652,   Cartersville, GA 30120-1711
9988036       +Wells Fargo,   PO Box 650769,   Dallas, TX 75265-0769
9988035       +Wells Fargo Home Mortgage,   PO Box 1225,   Charlotte, NC 28201-1225

The following entities were served by electronic transmission on Nov 29, 2007.
9988060        EDI: CINGULAR.COM Nov 29 2007 20:50:00      AT&T,   PO Box 105503,   Atlanta, GA 30348-5503
9988061        EDI: AMEREXPR.COM Nov 29 2007 20:51:00      American Express,   P O Box 530001,
               Atlanta, GA 30353-0001
9988059        EDI: BANKAMER.COM Nov 29 2007 20:50:00      Bank of America,   PO Box 15026,
               Wilmington, DE 19850-5026
9988057        EDI: BANKAMER.COM Nov 29 2007 20:50:00      Bank of America,   PO Box 45224,
               Jacksonville, FL 32232-5224
9988058       +EDI: BANKAMER.COM Nov 29 2007 20:50:00      Bank of America,   PO Box 2284,   Brea, CA 92822-2284
9988055        EDI: CHASE.COM Nov 29 2007 20:51:00      Chase,   PO Box 15298,   Wilmington, DE 19850-5298
9988054       +EDI: COUNTRYWIDE.COM Nov 29 2007 20:51:00      Countrywide Home Loans,   400 Countrywide Way,
               Simi Valley, CA 93065-6298
9988051       +EDI: RMSC.COM Nov 29 2007 20:50:00      GEMB/Sams Club,   PO Box 981064,   El Paso, TX 79998-1064
9988046       +EDI: TSYS2.COM Nov 29 2007 20:51:00      Macy's,   P O Box 8066,   Mason, OH 45040-8066
9988041        E-mail/Text: bklaw@qwest.com                            Qwest,   PO Box 173638,
               Denver, CO 80217-3638
9988040        EDI: SEARS.COM Nov 29 2007 20:50:00      Sears Credit Cards,   PO Box 6924,
               The Lakes, NV 88901-6924
9988037        EDI: FUNB.COM Nov 29 2007 20:51:00      Wachovia Bank,   PO Box 50014,   Roanoke, VA 24040-0014
9988036       +EDI: WFFC.COM Nov 29 2007 20:50:00      Wells Fargo,   PO Box 650769,   Dallas, TX 75265-0769
9988035       +EDI: WFFC.COM Nov 29 2007 20:50:00      Wells Fargo Home Mortgage,   PO Box 1225,
               Charlotte, NC 28201-1225
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 01, 2007**                        Signature:    *Joseph Speetjens*