LUBIN LAW, P.C.

8325 DUNWOODY PLACE, BUILDING 2

ATLANTA, GEORGIA 30350

TELEPHONE (770) 424-8281

JORDAN E. LUBIN　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　FACSIMILE
ATTORNEY AT LAW　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(770) 620-9040

December 3, 2007

Attn.:  Legal Clerk
Office of the U.S. Trustee
362 Richard B. Russell Building
75 Spring Street, SW
Atlanta, Georgia 30303

　　　　Re:　Carol Frazier
　　　　　　　Chapter 7 Debtor
　　　　　　　Case No.: 07-79793-MHM

Dear Sir or Madam:

　　　I have received notice of my appointment to serve as interim Chapter 7 Trustee in the above-referenced case.  The §341 meeting of creditors is scheduled for January 2, 2008.

　　　Debtor is a former client of the Trustee.  Due to the potential conflict, it would be inappropriate for me to serve as the Chapter 7 Trustee in this case.  Therefore, I request that you reassign the case and issue a revised notice of the meeting of creditors.  If you have any questions concerning the foregoing, please call.

　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　/s/ Jordan E. Lubin

　　　　　　　　　　　　　　　　　　Jordan E. Lubin
　　　　　　　　　　　　　　　　　　Chapter 7 Trustee

JEL/mcm
cc:  Ms. Carol Frazier