12-5-07

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: ) CHAPTER 7
)
CAROL FRAZIER, ) CASE NO. 07-79793-MHM
)
Debtor. )

**ORDER DENYING DEBTOR'S APPLICATION
FOR WAIVER OF CHAPTER 7 FILING FEE**

This case commenced when Debtor filed her bankruptcy petition *pro se* November 28, 2007. With the petition, Debtor filed an application for waiver of the Chapter 7 filing fee (the "Application").

A debtor qualifies for waiver of the filing fee under 18 U.S.C. §1930(f) if the debtor's income is "less than 150 percent of the income official poverty line [as last published by the United States Department of Health and Human Services] . . . applicable to a family of the size involved and is unable to pay that fee in installments." The burden of proof rests with the debtor. *See* Judicial Conference of the United States Interim Procedures Regarding the Chapter 7 Waiver Provisions of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005.

On the Application, Debtor lists a one-person family. Debtor shows her annual income is approximately $30,765. Debtor's annual income exceeds the maximum income for a waiver of the filing fee under 28 U.S.C. §1930(f), which, for a family of one is

$15,315 (150% times $10,210). Therefore, Debtor does not meet the threshold eligibility requirement for waiver of the filing fee. Accordingly, it is hereby

ORDERED that Debtor's Application for waiver of the Chapter 7 filing fee is *denied*. Debtor may *either*:

(a) pay the Chapter 7 filing fee in full within ten (10) days of the date of entry of this order; *or*

(b) begin making installments payments as follows:

- $75.00 on or before 10 days from the date of entry of this order;
- $75.00 on or before 40 days from the date of entry of this order;
- $75.00 on or before 80 days from the date of entry of this order;
- $74.00 on or before 120 days from the date of entry of this order.

**If Debtor fails to timely pay the filing fee as set forth above, this case may be dismissed without further notice or hearing.**

The Clerk, U.S. Bankruptcy Court, is directed to serve a copy of this order upon Debtor, the Chapter 7 Trustee and the U.S. Trustee.

IT IS SO ORDERED, this the 4th day of December, 2007.

_____
MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113E-9          User: shieldsj           Page 1 of 1            Date Rcvd: Dec 05, 2007
Case: 07-79793                Form ID: pdf599          Total Served: 3

The following entities were served by first class mail on Dec 07, 2007.
db          +Carol Frazier,   Ste 600-134,   6300 Powers Ferry Rd.,   Atlanta, GA 30339-2919
tr          +Jordan E. Lubin,   Building 2,   8325 Dunwoody Place,   Atlanta, GA 30350-3307
ust         +Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA 30303-3330

The following entities were served by electronic transmission.
NONE.                                                                                     TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 07, 2007**                    Signature:    _Joseph Speetjens_