FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

DEC 10 2007 AM10:45

W. YVONNE EVANS,
CLERK

BY:_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### Atlanta DIVISION

IN RE: *CAROL FRAZIER*

              **Debtor(s)**

:
:    Case No.: **07-79793**
:
:    Chapter: _____
:
:

## STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(a)(1)

I, the undersigned debtor, hereby certify that for the 60 day period preceding the filing of my bankruptcy petition in this case:

☑ My pay advices are attached.

**OR**

I, the undersigned debtor, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

☐ I am unemployed.

☐ I am self-employed.

☐ My employer did not provide pay stubs.

Dated: __12/9/07__

_____
Debtor

**Northlake 3400, LLC**  01/06
dba Hampton Inn Northlake
1111 Rosedale Drive NE
Atlanta, GA 30306-3914
(404) 872-4631

SUNTRUST BANK
64-10/610

11506

12/7/2007

HE
)F    Carol Frazier                                                                          $  **199.48

Hundred Ninety-Nine and 48/100************************************************************************************** DOLLARS

Carol Frazier
6300 Powers Ferry Rd #600-134
Atlanta, GA 30339

Pay Period: 11/19/2007 - 12/02/2007

⑈011506⑈  ⑇061000104⑇ 1000045540290⑈

---

lake 3400, LLC                                                                          11506

yee                                              SSN          Status (Fed/State)          Allowances/Extra
Frazier, 6300 Powers Ferry Rd #600-134, Atlanta, GA 30339    ***-**-9767      Single/Single          Fed-2/0/GA-2/0
                                                 Pay Period: 11/19/2007 - 12/02/2007      Pay Date: 12/07/2007

| gs and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Desk - Hourly | 24.00 | 9.00 | 216.00 | 414.00 |

|  |  |  | Current | YTD Amount |
|---|---|---|---|---|
| Security Employee |  |  | -13.39 | -25.67 |
| are Employee |  |  | -3.13 | -6.00 |
|  |  |  | -16.52 | -31.67 |
| ɪy |  |  | 199.48 | 382.33 |

ɪge

ake 3400, LLC, 1111 Rosedale Drive, Atlanta, GA 30306 (404) 872-4631

# Earnings Statement

**ADP**®

*TOTAL MERCHANT SERVICES INC.*
*255 GOLD RIVERS COURT*
*3RD FLOOR*
*BASALT, CO 81621*

Period Ending:    11/04/2007
Pay Date:         11/09/2007

Taxable Marital Status:  Single
Exemptions/Allowances:
   Federal:    3
   CO:         3

**CAROL A FRAZIER**
**PO BOX 1292**
**BASALT CO 81621**

Social Security Number:  XXX-XX-9767

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.6400 | 56.00 | 1,211.84 | 15,012.75 |
| Bonus | | | | 500.00 |
| **Gross Pay** | | | **$1,211.84** | 15,512.75 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -93.29 | 1,490.32 |
| | Social Security Tax | -75.13 | 961.79 |
| | Medicare Tax | -17.57 | 224.93 |
| | CO State Income Tax | -35.00 | 504.00 |
| | **Other** | | |
| | Checking | -990.85 | |
| | **Net Pay** | **$0.00** | |

Your federal taxable wages this period are
$1,211.84

©1998, 2006. ADP, Inc. All Rights Reserved.

▼TEAR HERE

---

**Northlake 3400, LLC**                                                                 **11468**

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Carol Frazier, 6300 Powers Ferry Rd #600-134, Atlanta, GA 30339 | | | | | ***-**-9767 | Single/Single | Fed-2/0/GA-2/0 |
| | | | | | Pay Period: 11/05/2007 - 11/18/2007 | | Pay Date: 11/21/2007 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Front Desk - Hourly | 22.00 | 9.00 | 198.00 | 198.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Social Security Employee | -12.28 | -12.28 |
| Medicare Employee | -2.87 | -2.87 |
| | -15.15 | -15.15 |

| Net Pay | 182.85 | 182.85 |
|---|---|---|

Message

NB  Current employee /07-79783

**Earnings Statement**

**ADP** ®

TOTAL MERCHANT SERVICES INC.
255 GOLD RIVERS COURT
3RD FLOOR
BASALT, CO 81621

Period Ending:    10/21/2007
Pay Date:         10/26/2007

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:        3
  CO:             3

**CAROL A FRAZIER**
**PO BOX 1292**
**BASALT CO 81621**

Social Security Number:  XXX-XX-9767

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 21.6400 | 80.00 | 1,731.20 | 13,800.91 |
| Bonus | | | | 500.00 |
| **Gross Pay** | | | **$1,731.20** | 14,300.91 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -176.16 | 1,397.03 |
| | Social Security Tax | -107.34 | 886.66 |
| | Medicare Tax | -25.10 | 207.36 |
| | CO State Income Tax | -59.00 | 469.00 |
| | **Other** | | |
| | Checking | -1,363.60 | |
| | **Net Pay** | **$0.00** | |

Your federal taxable wages this period are
$1,731.20

©1998, 2006  ADP, Inc.  All Rights Reserved.

▼ TEAR HERE

**3ZB**    0416    3ZB

# Earnings Statement

TOTAL MERCHANT SERVICES INC.
255 GOLD RIVERS COURT
3RD FLOOR
BASALT, CO 81621

**EASYPAY**

Pay Period:    9/23/2007  to  10/06/2007
Pay Date:    10/12/2007

| Employee Number: | 0416 |
|---|---|
| Department Number: | · - |
| Social Security Number: | XXX-XX-9767 |
| Marital Status: | SINGLE |
| Number Of Allowances: | 03 |
| Rate: | 21.6400 |

**CAROL A FRAZIER**
**PO BOX 1292**
**BASALT, CO 81621**

| Hours and Earnings | | | | Taxes and Deductions | | |
|---|---|---|---|---|---|---|
| Description | Hours | This Period | Year-To-Date | Description | This Period | Year-To-Date |
| REGLAR | 80.00 | 1731.20 | 12069.71 | FICA | 132.43 | 961.58 |
| BONUS | | | 500.00 | FED WT | 176.15 | 1220.87 |
| | | | | CO ST | 59.00 | 410.00 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $12,569.71 | $1,731.20 | $367.58 | $1,363.62 |

©1998, 2006. ADP, Inc. All Rights Reserved

TEAR HERE ▼

01-79793

**3ZB**        0416          3ZB        # Earnings Statement



TOTAL MERCHANT SERVICES INC.
255 GOLD RIVERS COURT
3RD FLOOR
BASALT, CO 81621

Pay Period:    9/23/2007  to  10/06/2007

Pay Date:     10/12/2007

| | |
|---|---|
| Employee Number: | 0416 |
| Department Number: | ´ ← |
| Social Security Number: | XXX-XX-9767 |
| Marital Status: | SINGLE |
| Number Of Allowances: | 03 |
| Rate: | 21.6400 |

**CAROL A FRAZIER**
**PO BOX 1292**
**BASALT, CO 81621**

| Hours and Earnings | | | | Taxes and Deductions | | |
|---|---|---|---|---|---|---|
| Description | Hours | This Period | Year-To-Date | Description | This Period | Year-To-Date |
| REGLAR | 80.00 | 1731.20 | 12069.71 | FICA | 132.43 | 961.58 |
| BONUS | | | 500.00 | FED WT | 176.15 | 1220.87 |
| | | | | CO  ST | 59.00 | 410.00 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $12,569.71 | $1,731.20 | $367.58 | $1,363.62 |

©1998, 2006. ADP, Inc. All Rights Reserved.

TEAR HERE

# Earnings Statement

**ADP**®

TOTAL MERCHANT SERVICES INC.
255 GOLD RIVERS COURT
3RD FLOOR
BASALT, CO 81621

Period Ending:      10/21/2007
Pay Date:           10/26/2007

Taxable Marital Status:   Single
Exemptions/Allowances:
    Federal:        3
    CO:             3

**CAROL A FRAZIER**
**PO BOX 1292**
**BASALT CO 81621**

Social Security Number: XXX-XX-9767

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.6400 | 80.00 | 1,731.20 | 13,800.91 |
| Bonus | | | | 500.00 |
| **Gross Pay** | | | **$1,731.20** | 14,300.91 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -176.16 | 1,397.03 |
| | Social Security Tax | -107.34 | 886.66 |
| | Medicare Tax | -25.10 | 207.36 |
| | CO State Income Tax | -59.00 | 469.00 |

| | Other | |
|---|---|---|
| | Checking | -1,363.60 |
| | **Net Pay** | **$0.00** |

Your federal taxable wages this period are
$1,731.20

©1998, 2006. ADP, Inc. All Rights Reserved.

TEAR HERE

**ZB**

0416        3ZB

TOTAL MERCHANT SERVICES INC.
255 GOLD RIVERS COURT
3RD FLOOR
BASALT, CO 81621

# Earnings Statement

**EASYPAY**

Pay Period:   9/23/2007  to  10/06/2007
Pay Date:     10/12/2007

| | |
|---|---|
| Employee Number: | 0416 |
| Department Number: | |
| Social Security Number: | XXX-XX-9767 |
| Marital Status: | SINGLE |
| Number Of Allowances: | 03 |
| Rate: | 21.6400 |

**CAROL A FRAZIER**
**PO BOX 1292**
**BASALT, CO 81621**

| Hours and Earnings | | | | | Taxes and Deductions | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | This Period | Year-To-Date | | Description | This Period | Year-To-Date |
| REGLAR | 80.00 | 1731.20 | 12069.71 | | FICA | 132.43 | 961.58 |
| BONUS | | | 500.00 | | FED WT | 176.15 | 1220.87 |
| | | | | | CO ST | 59.00 | 410.00 |

©1998, 2006, ADP, Inc. All Rights Reserved.

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $12,569.71 | $1,731.20 | $367.58 | $1,363.62 |

TEAR HERE ▼