2-6-08

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | |
| CAROL FRAZIER ) | CASE NO. 07-79793-MHM |
| ) | |
| Debtor ) | |
| ) | |
| ) | |
| COUNTRYWIDE HOME LOANS, INC. ) | |
| ) | |
| Movant ) | |
| ) | CONTESTED MATTER |
| vs. ) | |
| ) | |
| CAROL FRAZIER ) | |
| JANET G. WATTS, Trustee ) | |
| ) | |
| Respondents ) | |

ORDER GRANTING MOTION FOR RELIEF FROM STAY

The above styled Motion was called before the Court for a hearing on __February 5, 2008__, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest. No opposition to the Motion was presented at the hearing and it appears the Respondents were properly served; it is

ORDERED ~~AND ADJUDGED~~ that the 11 USC §362(a) automatic stay is modified as to Movant herein, its successors and assigns, regarding the real property commonly known as 1994 Cogar Drive, Decatur, Georgia. It is further

ORDERED that Movant, its successors and assigns, may proceed to assert its rights, including, but not limited to, the institution and completion of foreclosure proceedings, reasonable fees, and to assert any and all of its respective rights and remedies under applicable law, as to its collateral. It is further

ORDERED that upon the completion of any foreclosure sale, any funds in excess of the lawful payoff due to Movant under its Note and Security Deed shall be promptly remitted to the Trustee for the benefit of the Estate.

SO ORDERED this 5th day of **February**, 2008.

_____
MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE

PREPARED AND PRESENTED BY:

MICHAEL J. MCCORMICK, BAR NO. 485749
Attorney for Movant
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, Georgia 30076-2102
(770) 643-3827
(800) 275-7171

DISTRIBUTION LIST

Bankruptcy Department
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, Georgia 30076-2102

Carol Frazier
6300 Powers Ferry Road
Suite 600-134
Atlanta, GA   30339

Janet G. Watts, Trustee
600 North Glynn Street
Suite C
Fayetteville, GA   30214

**BAE SYSTEMS**

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113E-9          User: shieldsj            Page 1 of 1           Date Rcvd: Feb 06, 2008
Case: 07-79793                Form ID: pdf401           Total Served: 6

The following entities were served by first class mail on Feb 08, 2008.
db         +Carol Frazier,    Ste 600-134,    6300 Powers Ferry Rd.,    Atlanta, GA 30339-2919
aty         Michael J. McCormick,    McCalla, Raymer, Padrick, et al,    1544 Old Alabama Road,
             Roswell, GA 30076-2102
aty        +R. Jeneane Treace,    U.S. Trustee,    362 Richard Russell Bldg.,    75 Spring Street,
             Atlanta, GA 30303-3315
tr         +Janet G. Watts,    600 North Glynn Street,    Suite C,    Fayetteville, GA 30214-6716
ust        +Office of the US Trustee,    Suite 362,    75 Spring Street, SW,    Atlanta, GA 30303-3330
cr         +Countrywide Home Loans, Inc.,    McCalla, Raymer, et al.,    Bankruptcy Department,
             1544 Old Alabama Road,    Roswell, GA 30076-2102
The following entities were served by electronic transmission.
NONE.                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 08, 2008**              Signature:    *Joseph Speetjens*