Certificate Number: 01357-GAN-DE-009407377

Bankruptcy Case Number: 07-79793

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

FEB 27 2008

YVONNE EVANS
CLERK

BY: _____ DEPUTY CLERK

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on February 20, 2008, at 9:07 o'clock AM CST,

Carol A Frazier completed a course on personal financial

management given by internet and telephone by

Money Management International, Inc.,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the Northern District of Georgia.


Date: February 20, 2008        By        /s/Frederick Darden

                               Name      Frederick Darden

                               Title     Counselor