# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

In Re: Debtor(s)
    **Carol Frazier**
    Ste 600–134
    6300 Powers Ferry Rd.
    Atlanta, GA 30339

    **xxx–xx–9767**

Case No.: **07–79793–mhm**
Chapter:  **7**

## ORDER

    Because no party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. § 521(i)(2) and because the parties in interest should not be subjected to any uncertainty as to whether this case is subject to automatic dismissal under §521(i)(1), Debtor is not required to file any further document pursuant to §521(a)(1)(B) to avoid an automatic dismissal and this case is not and was not subject to automatic dismissal under §521(i)(1). This does not prevent any party in interest from requesting by motion that Debtor supply further information described in § 521(a)(1)(B), and this does not prevent the United States Trustee or Chapter 7 Trustee from requesting by any authorized means, including but not limited to motion, that the Debtor supply further information.

_[signature]_

Margaret Murphy
United States Bankruptcy Judge

Form 420

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113E-9           User: shieldsj              Page 1 of 1            Date Rcvd: Mar 25, 2008
Case: 07-79793                 Form ID: 420                Total Served: 38

The following entities were served by first class mail on Mar 27, 2008.
 db          +Carol Frazier,    Ste 600-134,     6300 Powers Ferry Rd.,     Atlanta, GA 30339-2919
 aty          Gilbert B. Weisman,    Becket & Lee LLP,     16 General Warren Blvd.,    P. O. Box 3001,
               Malvern, PA 19355-0701
 aty         +Lisa Ritchey Craig,    McCullough & Payne,     Suite 975,    171 17th Street, NW,
               Atlanta, GA 30363-1029
 aty          Michael J. McCormick,    McCalla, Raymer, Padrick, et al,      1544 Old Alabama Road,
               Roswell, GA 30076-2102
 aty         +R. Jeneane Treace,    U.S. Trustee,     362 Richard Russell Bldg.,     75 Spring Street,
               Atlanta, GA 30303-3315
 tr          +Janet G. Watts,    600 North Glynn Street,     Suite C,    Fayetteville, GA 30214-6716
 ust         +Office of the US Trustee,     Suite 362,    75 Spring Street, SW,    Atlanta, GA 30303-3330
 cr          +Countrywide Home Loans, Inc.,     McCalla, Raymer, et al.,     Bankruptcy Department,
               1544 Old Alabama Road,    Roswell, GA 30076-2102
 petprep     +Dyke L. Marler,    603 Dorsey Circle,     Lilburn, GA 30047-4036
 cr          +GMAC,   c/o McCullough & Payne,     Suite 975,    171 17th Street, NW,    Atlanta, GA 30363-1029
 9988060      AT&T,    PO Box 105503,    Atlanta, GA 30348-5503
 9988061      American Express,    P O Box 530001,     Atlanta, GA 30353-0001
10025013      American Express Bank FSB,     c/o Becket and Lee LLP,     POB 3001,   Malvern PA 19355-0701
 9988059      Bank of America,    PO Box 15026,     Wilmington, DE 19850-5026
 9988057      Bank of America,    PO Box 45224,     Jacksonville, FL 32232-5224
 9988058     +Bank of America,    PO Box 2284,     Brea, CA 92822-2284
 9988056      Bartow County Tax Commissioner,     135 W Cherokee Ave, Ste 217A,     Cartersville, GA 30120-3181
 9988055      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
 9988054     +Countrywide Home Loans,    400 Countrywide Way,     Simi Valley, CA 93065-6298
 9988053      Dell Financial Services,     12234 N 1-35 SB,    Austin, TX 78753
 9988052     +First Revenue Assuance,    PO Box 5818,     Denver, CO 80217-5818
 9988051     +GEMB/Sams Club,    PO Box 981064,     El Paso, TX 79998-1064
 9988050     +GMAC,    PO Box 105677,    Atlanta, GA 30348-5677
 9988049     +GMAC Bank,    PO Box 23061,    Columbus, GA 31902-3061
 9988048      Home Depot Credit Services,     PO Box 689100,    Des Moines, IA 50368-9100
 9988047     +Ladies Home Journal,    1716 Locust St,     Des Moines, IA 50309-3038
 9988045      MAF Collection Services,     134 S Tampa Street,    Tampa, FL 33602-5354
 9988046     +Macy’s,    P O Box 8066,    Mason, OH 45040-8066
 9988044     +Mitsubishi Motors,    P O Box 6038,     Cypress, CA 90630-0038
 9988043      Nationwide Credit Inc,     2015 Vaughn Rd NW, Ste 400,     Kennesaw, GA 30144-7802
 9988042     +Omni National Bank,    6 Concourse Pkwy, Suite 2300,      Atlanta, GA 30328-6185
 9988040      Sears Credit Cards,    PO Box 6924,     The Lakes, NV 88901-6924
 9988039     +THD/CBSD,    PO Box 6003,    Hagerstown, MD 21747-6003
 9988038     +Townhomes at Grassdale HOA,     PO Box 3652,    Cartersville, GA 30120-1711
 9988037    ++WACHOVIA BANK NA,    P O BOX 13765,     ROANOKE VA 24037-3765
              (address filed with court: Wachovia Bank,      PO Box 50014,    Roanoke, VA 24040-0014)
 9988036     +Wells Fargo,    PO Box 650769,    Dallas, TX 75265-0769
 9988035     +Wells Fargo Home Mortgage,     PO Box 1225,    Charlotte, NC 28201-1225

The following entities were served by electronic transmission on Mar 26, 2008.
 9988041       E-mail/Text: bklaw@qwest.com                           Qwest,    PO Box 173638,
                Denver, CO 80217-3638
                                                                                               TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 cr*           American Express Bank FSB,    c/o Becket and Lee LLP,     POB 3001,    Malvern, PA 19355-0701
                                                                                      TOTALS: 0, * 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 27, 2008**          Signature:  *Joseph Speetjens*