UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re: Debtor(s)
    **Carol Frazier**
    Ste 600–134
    6300 Powers Ferry Rd.
    Atlanta, GA 30339

    **xxx–xx–9767**

Case No.: **07–79793–mhm**
Chapter: **7**
Judge: **Margaret Murphy**

### ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

**Janet G. Watts**

the Trustee in said case, has filed his report of no distribution and that said Trustee has performed all other and further duties as required in the administration of said estate;

**IT IS THEREFORE ORDERED** that said report be and it hereby is approved and that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged from and relieved of the trust.

_____
Margaret Murphy
United States Bankruptcy Judge

Dated: July 9, 2008
Form 184

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 113E-9              User: goryy                Page 1 of 1               Date Rcvd: Jul 09, 2008
Case: 07-79793                    Form ID: 184               Total Served: 32

The following entities were served by first class mail on Jul 11, 2008.
 db          +Carol Frazier,   Ste 600-134,   6300 Powers Ferry Rd.,   Atlanta, GA 30339-2919
 aty         +R. Jeneane Treace,   U.S. Trustee,   362 Richard Russell Bldg.,   75 Spring Street,
               Atlanta, GA 30303-3315
 tr          +Janet G. Watts,   600 North Glynn Street,   Suite C,   Fayetteville, GA 30214-6716
 ust         +Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA 30303-3330
9988060       AT&T,   PO Box 105503,   Atlanta, GA 30348-5503
9988061       American Express,   P O Box 530001,   Atlanta, GA 30353-0001
10025013      American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
9988059       Bank of America,   PO Box 15026,   Wilmington, DE 19850-5026
9988057       Bank of America,   PO Box 45224,   Jacksonville, FL 32232-5224
9988058      +Bank of America,   PO Box 2284,   Brea, CA 92822-2284
9988056       Bartow County Tax Commissioner,   135 W Cherokee Ave, Ste 217A,   Cartersville, GA 30120-3181
9988055       Chase,   PO Box 15298,   Wilmington, DE 19850-5298
9988054      +Countrywide Home Loans,   400 Countrywide Way,   Simi Valley, CA 93065-6298
9988053       Dell Financial Services,   12234 N 1-35 SB,   Austin, TX 78753
9988052      +First Revenue Assuance,   PO Box 5818,   Denver, CO 80217-5818
9988050      +GMAC,   PO Box 105677,   Atlanta, GA 30348-5677
9988049      +GMAC Bank,   PO Box 23061,   Columbus, GA 31902-3061
9988048       Home Depot Credit Services,   PO Box 689100,   Des Moines, IA 50368-9100
9988047      +Ladies Home Journal,   1716 Locust St,   Des Moines, IA 50309-3038
9988045       MAF Collection Services,   134 S Tampa Street,   Tampa, FL 33602-5354
9988046      +Macy's,   P O Box 8066,   Mason, OH 45040-8066
9988044      +Mitsubishi Motors,   P O Box 6038,   Cypress, CA 90630-0038
9988043       Nationwide Credit Inc,   2015 Vaughn Rd NW, Ste 400,   Kennesaw, GA 30144-7802
9988042      +Omni National Bank,   6 Concourse Pkwy, Suite 2300,   Atlanta, GA 30328-6185
9988040       Sears Credit Cards,   PO Box 6924,   The Lakes, NV 88901-6924
9988039      +THD/CBSD,   PO Box 6003,   Hagerstown, MD 21747-6003
9988038      +Townhomes at Grassdale HOA,   PO box 3652,   Cartersville, GA 30120-1711
9988037     ++WACHOVIA BANK NA,   P O BOX 13765,   ROANOKE VA 24037-3765
             (address filed with court: Wachovia Bank,   PO Box 50014,   Roanoke, VA 24040-0014)
9988036      +Wells Fargo,   PO Box 650769,   Dallas, TX 75265-0769
9988035      +Wells Fargo Home Mortgage,   PO Box 1225,   Charlotte, NC 28201-1225
The following entities were served by electronic transmission on Jul 10, 2008.
9988051      +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2008 01:03:26      GEMB/Sams Club,   PO Box 981064,
               El Paso, TX 79998-1064
9988041       E-mail/Text: bklaw@qwest.com                            Qwest,   PO Box 173638,
               Denver, CO 80217-3638
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 11, 2008**                    Signature:    *Joseph Speetjens*